United States District Court
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAY 26 2023
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

John Doe Jane Doe
Plaintiff,

v

Case Number: 1:23-CV-2362

Berryl Anderson, Elizabeth Cruikshank
Elizabeth Guerrant, John weber, Francisco Murrieta, Kimberley Brock
Defendant,

MOTION TO FILE AS JOHN DOE/JANE DOE

Protecting my 4th ~~Admen~~ Ameniedment rights. My identity is my private property and I would like to keep it that way.

John Doe