FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAY 26 2023
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

**UNITED STATES DISTRICT COURT**

**FOR THE**

**NORTHERN DISTRICT OF GEORGIA**

**ATLANTA DIVISION**

| | |
|---|---|
| John-Doe, Jane-Doe<br><br>Man, Woman; Plaintiff,<br><br>v.<br><br>State of Georgia; Dekalb County; Berryl A. Anderson; Elizabeth A. Guerrant; Kimberley Brock; Elizabeth M. Cruikshank; Francisco Murrieta; John Weber<br><br>–<br><br>Defendants. | No. 1:23-CV-2362<br><br>COUNTERCLAIM<br><br>TRIAL BY JURY DEMANDED |

**VERIFIED PETITION FOR TEMPORARY INJUNCTION**

John Doe, Jane Doe petitions this Honorable Court to issue a temporary injunction and in support therefor states:

JURISDICTIONAL ALLEGATIONS

1. This is an action for a temporary injunction.

2. This is a petition "to redress the deprivation, under color of any State law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the Constitution of the

United States or by any Act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States". [cf. 28 U.S. Code § 1343 (3)]

3. This case is to "recover damages or to secure equitable or other relief under any Act of Congress providing for the protection of civil rights." [cf. 28 U.S. Code § 1343 (4)]
4. John-Doe, Jane-Doe; has no minimum contacts with the State of Georgia.
5. Defendants are Residents of the State of Georgia and a United States citizen pursuant to 15 U.S. Code § 4724(e)(1)(A)
6. Defendants committed wrongful acts and omissions administering a Federal Act using federal funding for public housing.
7. Public housing in the United States is a creature of federal law.
8. The Housing Acts in question are funded by the federal government, governed by federal statutes and regulations, and overseen by a federal cabinet level administrative agency.
9. Defendant is administering a federal statute.
10. Defendant is administering programs administered by federal agency. (HUD)
11. This Federal District court has jurisdiction.

FACTUAL ALLEGATIONS

1. Plaintiff has personal knowledge that Defendants has a well-formed plan to cause Plaintiff serious bodily harm.
2. Defendants recently threatened to make Plaintiff homeless with a Default Order for a Writ of Possession.
3. The threatened harm would cause Plaintiff injuries for which a money judgment alone is insufficient.
4. The threat is imminent because Defendants promised to make Plaintiff homeless as soon as possible.