UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN-DOE AND JANE-DOE,<br><br>           Plaintiffs,<br><br>vs.<br><br>STATE OF GEORGIA, DEKALB COUNTY, BERRYL A. ANDERSON, ELIZABETH A. GUERRANT, KIMBERLEY BROCK, ELIZABETH M. CRUIKSHANK, JOHN WEBER, AND FRANCISCO MURRIETA,<br><br>           Defendants. | CIVIL ACTION FILE<br><br>NO. 1:23-cv-2362-TCB |

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** without prejudice pursuant to Local Rule 41.3(A)(2).

Dated at Atlanta, Georgia, this 14th day of June, 2023.

                                                KEVIN P. WEIMER
                                                CLERK OF COURT

                              By:    s/ D. Barfield
                                                D. Barfield, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
June 14, 2023
Kevin P. Weimer
Clerk of Court

By:  s/ D. Barfield
       Deputy Clerk